No. 68424.—Engis Equipment Company *v.* United States, protests 62/18565–12970, etc. (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of microform grinders and parts similar in all material respects to those the subject of Abstract 67391, the claim of the plaintiff was sustained.

No. 68425.—Suncoast Merchandise Corp. *v.* United States, protests 63/6665 and 63/6668 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wide-angle and telephoto lenses similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 9, 1964

No. 68426.—Devon Tape Corp. *v.* United States, protests 61/14017, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl tape, coated on one side with an adhesive, similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.